# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-30401

United States Court of Appeals
Fifth Circuit

**FILED**

February 21, 2019

Lyle W. Cayce
Clerk

NORANDA ALUMINA, L.L.C.,

     Plaintiff - Appellant

v.

ASSOCIATED TERMINALS, L.L.C.,

     Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:16-CV-16677

Before SMITH, DUNCAN and ENGELHARDT, Circuit Judges.

PER CURIAM:*

Appellant, Noranda Alumina, L.L.C. ("Noranda"), appeals the district court's order dismissing its claims against Appellee, Associated Terminals, L.L.C., under Rules 37(b)(2)(A) and 41(b) of the Federal Rules of Civil Procedure because of discovery abuses by Noranda. Considering the briefs and oral arguments of the parties, the applicable legal standards and the record before us, including the accurate and detailed recitation by the district court of

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 18-30401

the discovery-related events in this matter, we do not find that the district court abused its discretion in dismissing Noranda's claims. *See Moore v. CITGO Ref. and Chem. Co., L.P.*, 735 F.3d 309, 315-18 (5th Cir. 2013); *Berry v. CIGNA/RSI-CIGNA*, 975 F.2d 1188, 1191-92 (5th Cir. 1992). Accordingly, the district court's decision is AFFIRMED.